IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | CRIMINAL ACTION NO. |
| v. | ) | |
| | ) | 1:82-CR-00220-UNA-1 |
| RAMIRO F. HELMEYER | ) | |

ENTRY OF APPEARANCE

Please enter the Law Office of James R. Hodes as counsel of record for the Defendant, Ramiro F. Helmeyer, in the above styled matter.

This the 2nd day of April, 2012.

                                                 Respectfully submitted,

                                                 s/ *James R. Hodes*
                                                 JAMES R. HODES
                                                 GEORGIA STATE BAR NO. 358647
                                                 ATTORNEY FOR MR. HELMEYER

1841 Peeler Road, Suite C
Atlanta, GA 30338
678-681-9684

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was formatted in Times New Roman 14 pt., in accordance with Local Rule 5.1C, and was electronically filed this day with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the Assistant United States Attorney of record:

        Assistant United States Attorney
        600 Richard B. Russell Building
        75 Spring Street, S. W.
        Atlanta, Georgia  30303

Dated:  This the 2nd day of April, 2012.

        s/ *James R. Hodes*
        JAMES R. HODES