IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
(Atlanta Division)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CASE NO: CR82-220 |
| | ) | |
| RAMIRO F. HELMEYER, | ) | JUDGE: |
| | ) | |
| Defendant. | ) | |

**MOTION TO SET ASIDE ARREST WARRANT**

Defendant, Ramiro F. Helmeyer, through undersigned counsel, moves to set aside the arrest warrant in the instant case and states:

**Factual Background**

Over thirty (30) years ago, the Defendant was indicted in Case Number CR82-220. At all relevant times, the Defendant was a Venezuelan National and was in the United States to learn English. At the time and dates in question the Defendant was not fluent in English. At all relevant times, the Government was aware of this and/or should have been aware of this.

The Defendant was charged with various counts of allegedly knowingly making false statements in connection with the purchase of firearms, allegedly in violation of 18 U.S.C. §922(a) (6). The alleged intentional false statement was that the Defendant resided at the location on his drivers' license, a location he had just moved from two days

previously.

A review of the Court's files does not indicate any effort by the Government in the past thirty (30) years to extradite the Defendant or to otherwise prosecute this case. This is despite the fact that the Defendant lived with some notoriety in Venezuela over the past thirty (30) years including work with different governmental organizations.

The Defendant would like to return to this country without facing the prospect of an arrest at the border. He would voluntarily comply with whatever requirements the Court deemed appropriate while defending himself against the alleged criminal conduct in the indictment, the false giving of an address while purchasing a firearm.

**WHEREFORE**, the Defendant respectfully requests that this Honorable Court dismiss this arrest warrant and grant the Defendant any other relief deemed just and appropriate.

Respectfully submitted this 21st day of June 2012.

JAMES R. HODES, P.C.
Attorney at Law
1867 Independence Square
Suite 105
Atlanta, GA  30338
Phone:  (770) 559-1649
Fax:  (678) 865-8106

By: _____

James R. Hodes
Georgia Bar No. 358647

| | |
|---|---|
| IN THE UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF GEORGIA<br>(Atlanta Division) | |
| UNITED STATES OF AMERICA,<br><br>v.<br><br>RAMIRO F. HELMEYER,<br><br>      Defendant. | )<br>)   Criminal Case No.<br>)   CR82-220A<br>)<br>)<br>)<br>)<br>) |

### CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed the document with the Clerk of the Court using the CM/ECF system which will automatically send e-mail notification of such filing to the attorney(s) of record in the case, including opposing counsel.

This 21st day of June 2012.

_____

James R. Hodes
Georgia Bar No. 358647
Attorney for Defendant Ramiro F. Helmeyer

James R. Hodes, P.C.
Attorney at Law
1867 Independencce Square., Suite 105

Atlanta, GA  30338
(770) 559-1649
678-865-8106 (fax)
jim.hodes@yahoo.com