IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>RAMIRO HELMEYER | Criminal No. 82-CR-220-TWT |

MOTION TO DISMISS INDICTMENT

Comes Now the United States of America, by Byung J. Pak, United States Attorney, and Kim Dammers, Principal Deputy Chief, DOJ's Organized Crime and Gang Section and files this Motion to Dismiss the Above-Referenced Indictment on grounds that Defendant Ramiro Helmeyer pleaded guilty in case number 1:20-CR-266-TWT, the guilty plea of which negotiated dismissal of the above-referenced case. Accordingly, the government seeks leave of Court to dismiss this indictment pursuant to Federal Rule of Criminal Procedure 48(a).

BYUNG J. PAK
  *United States Attorney*

/S/ KIM S. DAMMERS
Georgia Bar No. 425317

1301 New York Avenue
Washington, DC 22205
Kim.dammers2@usdoj.gov